**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Focused Behavior Solutions, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5102893** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**106 S. 2nd**<br>**Walla Walla, WA 99362**<br>Number, Street, City, State & ZIP Code<br><br>**Walla Walla**<br>County | **Mailing address, if different from principal place of business**<br><br>**3322 Long Prairie Rd.**<br>**Valley, WA 99181**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.focusedbehaviorsolutions.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |


26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 1 of 47

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6213**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______


26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 2 of 47

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |


26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 3 of 47

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |


26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 4 of 47

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 8, 2026**
MM / DD / YYYY

*X* **/s/ Rachel Pope**
Signature of authorized representative of debtor

**Rachel Pope**
Printed name

Title **Owner & Managing Member**

**18. Signature of attorney**

*X* **/s/ Steven M. Palmer**
Signature of attorney for debtor

Date **October 8, 2026**
MM / DD / YYYY

**Steven M. Palmer 48823**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone **206-587-0700** Email address **spalmer@cairncross.com**

**48823 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 8, 2026**

X **/s/ Rachel Pope**
Signature of individual signing on behalf of debtor

**Rachel Pope**
Printed name

**Owner & Managing Member**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Focused Behavior Solutions, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adrianna McEachern<br>11909 N Dakota Ln<br>Spokane, WA 99218** | | **Unpaid Wages** | | | | **$3,023.35** |
| **Altus Receivables Management<br>Allied Universal<br>2121 Airline Dr, Ste 520<br>Metairie, LA 70002** | | **Security Services** | | | | **$3,196.00** |
| **Angela Mendoza<br>849 E Magesium Rd, I308<br>Spokane, WA 99208** | | **Unpaid Wages** | | | | **$5,416.67** |
| **Bree Calhoun<br>12218 N Greene St<br>Mead, WA 99021** | | **Unpaid Wages** | | | | **$10,666.67** |
| **Department of Revenue<br>Treasury Management<br>PO Box 47464<br>Olympia, WA 98504-7464** | | | | | | **$26,511.24** |
| **Emily Auduong<br>4009 E Ermina Ave<br>Spokane, WA 99217** | | **Unpaid Wages** | | | | **$3,025.64** |
| **Flash Funding Servicing, Inc.<br>33 Wood Ave S<br>Iselin, NJ 08830** | | **Merchant Cash Advance** | | **$27,562.56** | **$0.00** | **$27,562.56** |
| **Funding Metrics Services Inc<br>3220 Tillman Drive, Suite 200<br>Bensalem, PA 19020** | | **Merchant Cash Advance; UCC-1 File Nos. 2026-195-8566-8 and 2026-195-8627-6** | | **$29,015.58** | **$0.00** | **$29,015.58** |

Debtor **Focused Behavior Solutions, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hampton Enterprises 3400 Plantation Dr, Ste 110 Lincoln, NE 68516** | | **Delinquent Rent** | | | | **$16,916.76** |
| **Headway Capital, LLC 175 W Jackson Blvd, Suite 100 Chicago, IL 60604** | | **Merchant Cash Advance; UCC-1 File No. 2025-164-2319-3** | | **$96,793.47** | **$0.00** | **$96,793.47** |
| **Internal Revenue Services Centralized Insolvency Op. PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes** | | | | **Unknown** |
| **Jessica Logsdon 10117 E 14th Ave Spokane Valley, WA 99206** | | **Unpaid Wages** | | | | **$3,552.85** |
| **JPMorgan Chase 383 Madison Ave New York, NY 10017** | | **Credit Card** | | | | **$54,226.19** |
| **Kelsey Hendrix 6015 W Wind River Dr Spokane, WA 99208** | | **Unpaid Wages** | | | | **$4,519.29** |
| **Lari Holmes 2516 N Hogan St Spokane, WA 99207** | | **Unpaid Wages** | | | | **$4,047.12** |
| **Littler Mendelson PC 600 University St #3200 Seattle, WA 98101** | | **Attorney Fees** | | | | **$8,877.60** |
| **Mariah Cornwall 14108 E 18th Ave Veradale, WA 99037** | | **Unpaid Wages** | | | | **$5,416.67** |
| **Mint Funding, Inc. 105 Bakertown Rd Monroe, NY 10950** | | **Merchant Cash Advance; UCC-1 File No. 2026-065-1619-4** | | **$25,000.00** | **$0.00** | **$25,000.00** |
| **Premera M&B Premiums P.O. Box 743857 Los Angeles, CA 90074** | | **Insurance premiums** | | | | **$16,796.68** |

Debtor **Focused Behavior Solutions, LLC** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UFCW3000<br>23040 Pacific Hwy S #101<br>Des Moines, WA 98198-7268** | | **Delinquent Rent** | | | | **$27,440.00** |

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:**<br>Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:**<br>Copy line 91A from *Schedule A/B*. | $ | **172,884.16** |
| 1c. **Total of all property:**<br>Copy line 92 from *Schedule A/B*. | $ | **172,884.16** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **178,371.61** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **223,073.50** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **127,453.23** |
| 4. **Total liabilities**<br>Lines 2 + 3a + 3b | $ | **528,898.34** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Focused Behavior Solutions, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **JPMorgan Chase Bank** | **Checking** | **9331** | **$383.06** |
| 3.2. **JPMorgan Chase Bank** | **Savings** | **8378** | **$0.01** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$383.07**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. **Remaining retainer held in Cairncross & Hempelmann, P.S. Trust Account** | **Unknown** |



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 11 of 47

9. **Total of Part 2.** **$0.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **168,351.09** | - | **0.00** | = .... | **$168,351.09** |
| 11b. Over 90 days old: | **24,629.85** | - | **24,629.85** | =.... | **$0.00** |

12. **Total of Part 3.** **$168,351.09**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Computers and Desks** | **$0.00** | **Replacement** | **$2,500.00** |

| | | | |
|---|---|---|---|
| **Therapy tools, toys, kids tables, assessment books.** | **$0.00** | | **$500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Used I-Pads 10, 5 Printers, 4 computers** | **$0.00** | | **$1,150.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$4,150.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Patient list** | **$0.00** | | **Unknown** |

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **Work Flows to potentialy be used by AI companies** | **$0.00** | | **Unknown** |

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| **AM Trust Financial (Worker's Compensation)** | **$0.00** |
| **LIO Insurance Company (Liability Insurance)** | **$0.00** |
| **Great American (EPLI) Employment Practices Liability Insurance** | **$0.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$383.07** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$168,351.09** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,150.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$172,884.16** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$172,884.16** |

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) ______________________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Flash Funding Servicing, Inc.**
Creditor's Name

**33 Wood Ave S**
**Iselin, NJ 08830**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/12/2026**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Merchant Cash Advance**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$27,562.56** Column B: **$0.00**

**2.2 Funding Metrics Services Inc**
Creditor's Name

**3220 Tillman Drive, Suite 200**
**Bensalem, PA 19020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/2026**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Merchant Cash Advance; UCC-1 File Nos. 2026-195-8566-8 and 2026-195-8627-6**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$29,015.58** Column B: **$0.00**



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 17 of 47

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Headway Capital, LLC**
Creditor's Name
**175 W Jackson Blvd, Suite 100**
**Chicago, IL 60604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**June 2025**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Merchant Cash Advance; UCC-1 File No. 2025-164-2319-3**

**$96,793.47** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Mint Funding, Inc.**
Creditor's Name
**105 Bakertown Rd**
**Monroe, NY 10950**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/2026**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Merchant Cash Advance; UCC-1 File No. 2026-065-1619-4**

**$25,000.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$178,371.61**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C T Corporation System**<br>**as Representative**<br>**330 N Brand Blvd, Ste 700 Attn: SPR**<br>**Glendale, CA 91203** | Line **2.4** | |
| **C T Corporation System**<br>**as Representative Attn. SRS**<br>**330 N Brand Blvd, Ste 700**<br>**Glendale, CA 91203** | Line **2.3** | |



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 19 of 47

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Adrianna McEachern**<br>**11909 N Dakota Ln**<br>**Spokane, WA 99218** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,023.35** | **$3,023.35** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alexa Heimbigner**<br>**1090 W Betz Rd #1433**<br>**Cheney, WA 99004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,068.50** | **$2,068.50** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.3 Priority creditor's name and mailing address<br>**Angela Mendoza**<br>**849 E Magesium Rd, I308**<br>**Spokane, WA 99208** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,416.67** | **$5,416.67** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 Priority creditor's name and mailing address<br>**Angilene Burch**<br>**5716 N A St**<br>**Spokane, WA 99205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$648.00** | **$648.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 Priority creditor's name and mailing address<br>**Baylee Beazer**<br>**3503 E Pineglen Ave**<br>**Mead, WA 99021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,188.68** | **$1,188.68** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 Priority creditor's name and mailing address<br>**Bree Calhoun**<br>**12218 N Greene St**<br>**Mead, WA 99021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,666.67** | **$10,666.67** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**2.7** Priority creditor's name and mailing address
**Carmella Moore**
**1001 E Hastings Rd, Unit 200**
**Spokane, WA 99218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,790.25** **$1,790.25**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.8** Priority creditor's name and mailing address
**Department of Revenue**
**Treasury Management**
**PO Box 47464**
**Olympia, WA 98504-7464**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,511.24** **$26,511.24**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.9** Priority creditor's name and mailing address
**Emily Auduong**
**4009 E Ermina Ave**
**Spokane, WA 99217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,025.64** **$3,025.64**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.10** Priority creditor's name and mailing address
**Internal Revenue Services**
**Centralized Insolvency Op.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$140,780.00** **Unknown**

Date or dates debt was incurred
**2026**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| | | | | |
|---|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Jazlyn Geyer**<br>**2618 W Wellesley Ave**<br>**Spokane, WA 99205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,524.14** | **$2,524.14** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.12 | Priority creditor's name and mailing address<br>**Jessica Logsdon**<br>**10117 E 14th Ave**<br>**Spokane Valley, WA 99206** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,552.85** | **$3,552.85** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.13 | Priority creditor's name and mailing address<br>**Katherine Zubaly**<br>**12382 N Chase Rd**<br>**Rathdrum, ID 83858** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,913.88** | **$2,913.88** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.14 | Priority creditor's name and mailing address<br>**Katie Hansen**<br>**2212 W Crown Ave**<br>**Spokane, WA 99205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$855.20** | **$855.20** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Kelsey Hendrix**<br>**6015 W Wind River Dr**<br>**Spokane, WA 99208** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,519.29** | **$4,519.29** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Kiyah Achziger**<br>**2508 N Hamilton**<br>**Spokane, WA 99207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,006.15** | **$2,006.15** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Lari Holmes**<br>**2516 N Hogan St**<br>**Spokane, WA 99207** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,047.12** | **$4,047.12** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Mariah Cornwall**<br>**14108 E 18th Ave**<br>**Veradale, WA 99037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,416.67** | **$5,416.67** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.19 Priority creditor's name and mailing address
**Tiffany Logan**
**627 W Augusta Ave**
**Spokane, WA 99205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,119.20** **$2,119.20**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Altus Receivables Management**
**Allied Universal**
**2121 Airline Dr, Ste 520**
**Metairie, LA 70002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **9135**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Security Services**
Is the claim subject to offset? ■ No ☐ Yes

**$3,196.00**

3.2 **Nonpriority creditor's name and mailing address**
**Hampton Enterprises**
**3400 Plantation Dr, Ste 110**
**Lincoln, NE 68516**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Delinquent Rent**
Is the claim subject to offset? ■ No ☐ Yes

**$16,916.76**

3.3 **Nonpriority creditor's name and mailing address**
**JPMorgan Chase**
**383 Madison Ave**
**New York, NY 10017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Credit Card**
Is the claim subject to offset? ■ No ☐ Yes

**$54,226.19**

3.4 **Nonpriority creditor's name and mailing address**
**Littler Mendelson PC**
**600 University St #3200**
**Seattle, WA 98101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **4638**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Attorney Fees**
Is the claim subject to offset? ■ No ☐ Yes

**$8,877.60**

3.5 **Nonpriority creditor's name and mailing address**
**Parkview Advance LLC**
**400 Main St**
**Stamford, CT 06901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **All Assets; UCC-1 File No. 2025-289-3181-5. Debt has been paid in full but UCC-1 has not been terminated.**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Premera M&B Premiums**<br>**P.O. Box 743857**<br>**Los Angeles, CA 90074**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Insurance premiums**<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,796.68** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**UFCW3000**<br>**23040 Pacific Hwy S #101**<br>**Des Moines, WA 98198-7268**<br>**Date(s) debt was incurred** **2025-2026**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Delinquent Rent**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,440.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Littler Mendelson PC**<br>**1201 Walnut St, Ste 1450**<br>**Kansas City, MO 64106** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 223,073.50 |
| **5b. Total claims from Part 2** | 5b. | + | $ 127,453.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 350,526.73 |

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Practice Management, Electronic Medical Records (EMR/EHR), and billing services** | **Aloha Practice Management**<br>**5000 Eldorado Pkwy, Ste 150-117**<br>**Frisco, TX 75033-8695** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Walla Walla Rent for 106 S 2nd, Walla Walla, WA 99362** | **Drumheller Building LLC**<br>**c/o Tarragon NW LLC**<br>**5 W Alder St, Ste 400**<br>**Walla Walla, WA 99362** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll System** | **Gusto**<br>**1201 16th St, Ste 350**<br>**Denver, CO 80202** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lincoln Rent for 3801 Union Drive #206, Lincoln, NE 68516** | **Hampton Enterprises**<br>**3400 Plantation Dr, Ste 110**<br>**Lincoln, NE 68516** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Electronic data collection platform for ABA and behaviorial health** | **Motivity**<br>**301 Union St, #21867**<br>**SMB #72166**<br>**Seattle, WA 98101** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Spokane Rent for 1719 & 1727 N Atlantic St, Spokane, WA 99205** | **UFCW3000**<br>**23040 Pacific Hwy S #101**<br>**Des Moines, WA 98198-7268** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Phone Service** | **Verizon Wireless**<br>**PO Box 660108**<br>**Dallas, TX 75266-0108** |

**Fill in this information to identify the case:**

Debtor name **Focused Behavior Solutions, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Rachel Pope** | **1211 E Sheridan St**<br>**Laramie, WY 82070** | **Funding Metrics Services Inc** | ■ D **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rachel Pope** | **1211 E Sheridan St**<br>**Laramie, WY 82070** | **Flash Funding Servicing, Inc.** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rachel Pope** | **1211 E Sheridan St**<br>**Laramie, WY 82070** | **Headway Capital, LLC** | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 29 of 47

| Fill in this information to identify the case: |
|---|
| Debtor name **Focused Behavior Solutions, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,821,707.42** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$3,163,707.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$3,591,110.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 30 of 47

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Funding Metrics, LLC**<br>**3220 Tillman Drive, Suite 200**<br>**Bensalem, PA 19020** | | **$12,540.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA loan payments** |
| 3.2. **Headway Capital**<br>**175 W Jackson Blvd, Suite 100**<br>**Chicago, IL 60604** | | **$19,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan repayment** |
| 3.3. **Mint Funding, Inc.**<br>**105 Bakertown Rd**<br>**Monroe, NY 10950** | | **$31,248.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan repayment** |
| 3.4. **Flash Funding Servicing, Inc.**<br>**33 Wood Ave S**<br>**Iselin, NJ 08830** | | **$17,539.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA Loan repayment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Rachel Pope**<br>**1211 E. Seridan St.**<br>**Laramie, WY 82070**<br>**100% owner, Managing Member** | **9/2025-9/202**<br>**6** | **$56,412.10** | **Owner Contributions of $133,304.87 minus Owner Distributions of $166,255.83 = $32,950.96 plus $23,461.19 salary for a total income to Ms. Pope of $56,412.10** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 32 of 47

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cairncross & Hempelmann, P.S.**<br>**524 Second Avenue**<br>**Suite 500**<br>**Seattle, WA 98104** | **$20,000 in trust, $9,577.50 earned pre filing. $1738 for the filing fee leaving $8684.50 in trust.** | **8/24/26** | **$9,577.50** |

**Email or website address**
**spalmer@cairncross.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3801 Union St, Ste 206**<br>**Lincoln, NE 68516** | |
| 14.2. | **157 S. Howard**<br>**Spokane, WA 99201** | **2019 -2023** |
| 14.3. | **1719 N. Atlantic St.**<br>**Spokane, WA 99205** | **2023- 10/5/2026** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Focused Behavioral Solutions**<br>**3322 Long Prairie Rd.**<br>**Valley, WA 99181** | **Childhood Autism Therapy provider - all outpatient care** | **1400** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | **90% Online and at old patients from 8+ years ago at mailing address in a locked cabinet.** | *Check all that apply:*<br>■ Electronically<br>■ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**HIPAA platform called Aloha and Motivity. Google Drive with BAA.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**7615 N. Division St.**<br>**Spokane, WA 99208** | **Debtor only** | **Furniture, Therapeutic tools.** | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None



26-01995-WLH11 Doc 1 Filed 10/08/26 Entered 10/08/26 13:57:13 Pg 35 of 47

| **Business name address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. **Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | **Date of service From-To** |
|---|---|---|
| 26a.1. | **Shepherd Financial Group**<br>**1212 N Washington St, Ste 304**<br>**Spokane, WA 99201** | **10/01/2025 - Current** |
| 26a.2. | **MarginKeepers**<br>**3350 SW 148th Ave, Ste 110**<br>**PMB 761**<br>**Miramar, FL 33027** | **09/01/2023 - 09/30/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| 26c.1. | **Shepherd Financial Group**<br>**1212 N Washington St, Ste 304**<br>**Spokane, WA 99201** | |
| 26c.2. | **MarginKeepers**<br>**3350 SW 148th Ave, Ste 110**<br>**PMB 761**<br>**Miramar, FL 33027** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Rachel Pope** | **1211 E Sheridan St**<br>**Laramie, WY 82070** | **Managing Owner** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rachel Pope**<br>**1211 E Sheridan St**<br>**Laramie, WY 82070** | **Listed in question 3** | **10-2025-10-20 26** | |
| | Relationship to debtor<br>**100% Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 8, 2026**

**/s/ Rachel Pope**
Signature of individual signing on behalf of the debtor

**Rachel Pope**
Printed name

Position or relationship to debtor **Owner & Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re **Focused Behavior Solutions, LLC** Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **20,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **575.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor ■ Other (specify): **$9,577.50 earned pre filing. $1738 for the filing fee leaving $8684.50 in trust.**

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re **Focused Behavior Solutions, LLC** Case No. ______
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 8, 2026**
*Date*

**/s/ Steven M. Palmer**
**Steven M. Palmer 48823**
*Signature of Attorney*
**Cairncross & Hempelmann, P.S.**
**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax: 206-587-2308**
**spalmer@cairncross.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Washington

In re **Focused Behavior Solutions, LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner & Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 8, 2026**

Signature ***/s/* Rachel Pope**
**Rachel Pope**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Washington

In re **Focused Behavior Solutions, LLC** Case No. 
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner & Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 8, 2026**

**/s/ Rachel Pope**
**Rachel Pope/Owner & Managing Member**
Signer/Title

Focused Behavior Solutions, LLC
3322 Long Prairie Rd.
Valley, WA 99181

Steven M. Palmer
Cairncross & Hempelmann, P.S.
524 Second Avenue
Suite 500
Seattle, WA 98104

Adrianna McEachern
11909 N Dakota Ln
Spokane, WA 99218

Alexa Heimbigner
1090 W Betz Rd #1433
Cheney, WA 99004

Aloha Practice Management
5000 Eldorado Pkwy, Ste 150-117
Frisco, TX 75033-8695

Altus Receivables Management
Allied Universal
2121 Airline Dr, Ste 520
Metairie, LA 70002

Angela Mendoza
849 E Magesium Rd, I308
Spokane, WA 99208

Angilene Burch
5716 N A St
Spokane, WA 99205

Baylee Beazer
3503 E Pineglen Ave
Mead, WA 99021

Bree Calhoun
12218 N Greene St
Mead, WA 99021

C T Corporation System
as Representative
330 N Brand Blvd, Ste 700 Attn: SPR
Glendale, CA 91203

C T Corporation System
as Representative Attn. SRS
330 N Brand Blvd, Ste 700
Glendale, CA 91203

Carmella Moore
1001 E Hastings Rd, Unit 200
Spokane, WA 99218

Department of Revenue
Treasury Management
PO Box 47464
Olympia, WA 98504-7464

Drumheller Building LLC
c/o Tarragon NW LLC
5 W Alder St, Ste 400
Walla Walla, WA 99362

Emily Auduong
4009 E Ermina Ave
Spokane, WA 99217

Flash Funding Servicing, Inc.
33 Wood Ave S
Iselin, NJ 08830

Funding Metrics Services Inc
3220 Tillman Drive, Suite 200
Bensalem, PA 19020

Gusto
1201 16th St, Ste 350
Denver, CO 80202

Hampton Enterprises
3400 Plantation Dr, Ste 110
Lincoln, NE 68516

Headway Capital, LLC
175 W Jackson Blvd, Suite 100
Chicago, IL 60604

Internal Revenue Services
Centralized Insolvency Op.
PO Box 7346
Philadelphia, PA 19101-7346

Jazlyn Geyer
2618 W Wellesley Ave
Spokane, WA 99205

Jessica Logsdon
10117 E 14th Ave
Spokane Valley, WA 99206

JPMorgan Chase
383 Madison Ave
New York, NY 10017

Katherine Zubaly
12382 N Chase Rd
Rathdrum, ID 83858

Katie Hansen
2212 W Crown Ave
Spokane, WA 99205

Kelsey Hendrix
6015 W Wind River Dr
Spokane, WA 99208

Kiyah Achziger
2508 N Hamilton
Spokane, WA 99207

Lari Holmes
2516 N Hogan St
Spokane, WA 99207

Littler Mendelson PC
600 University St #3200
Seattle, WA 98101

Littler Mendelson PC
1201 Walnut St, Ste 1450
Kansas City, MO 64106

Mariah Cornwall
14108 E 18th Ave
Veradale, WA 99037

Mint Funding, Inc.
105 Bakertown Rd
Monroe, NY 10950

Motivity
301 Union St, #21867
SMB #72166
Seattle, WA 98101

Parkview Advance LLC
400 Main St
Stamford, CT 06901

Premera M&B Premiums
P.O. Box 743857
Los Angeles, CA 90074

Rachel Pope
1211 E Sheridan St
Laramie, WY 82070

Tiffany Logan
627 W Augusta Ave
Spokane, WA 99205

UFCW3000
23040 Pacific Hwy S #101
Des Moines, WA 98198-7268

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

**United States Bankruptcy Court**
**Eastern District of Washington**

| | | | |
|---|---|---|---|
| In re | **Focused Behavior Solutions, LLC** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Focused Behavior Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 8, 2026**
Date

**/s/ Steven M. Palmer**
**Steven M. Palmer 48823**
Signature of Attorney or Litigant
Counsel for **Focused Behavior Solutions, LLC**

**Cairncross & Hempelmann, P.S.**
**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax:206-587-2308**
**spalmer@cairncross.com**